Pamela J. Yates (State Bar No. 137440)
E-mail address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224)
E-mail address: wdowse@kayescholer.com
Julie Belezzuoli (SBN 267302)
E-mail: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN PLUNKETT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH (k/n/a WYETH LLC), et al.,<br><br>　　　　Defendants. | Case No. 2:10-cv-06310-AHM-FMO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** |

　　The Court having considered the Parties' Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and the files and pleadings herein;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** — Page **1**

IT IS HEREBY ORDERED as follows:

1. The above-captioned action is dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees. All other relief not expressly granted herein is denied.

SO ORDERED.

DATED: November 14, 2012   _____
  Hon. A. Howard Matz
  United States District Judge
  Central District of California

**JS-6**